UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY F. PAYTON,
ADC #144723                                                              PLAINTIFF

VS.                           5:17-CV-00218-BRW-JTR

LAFAYETTE WOODS, JR.
Sheriff, Jefferson County, et al.                                        DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of November, 2017.


                /s/ Billy Roy Wilson _____
                UNITED STATES DISTRICT JUDGE